United States Courts
Southern District of Texas
FILED
*October 06, 2026*
Nathan Ochsner, Clerk of Court

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **CRIMINAL NO. 4:26-cr-665** |
| **ANTONY MARTINEZ (1)** | § | |
| **A/K/A ANTONY FABREIO OCHOA** | § | |
| **MARTINEZ** | § | |
| **A/K/A ANTONY OCHOA VELA** | § | |
| **A/K/A ANTHONY OCHOA MARTINEZ** | § | |
| **IRWIN GONZALES, JR. (2)** | § | |
| **KEVIN VILLALOBOS (3)** | § | |
| **EDWIN BUSTAMANTE (4)** | | |

**INDICTMENT**

THE GRAND JURY CHARGES THAT:

**COUNT ONE**
**(Possession or Transfer of a Machinegun)**

On or about July 29, 2026, in the Southern District of Texas and elsewhere within the jurisdiction of the Court,

**ANTONY MARTINEZ (1)**

defendant herein, did knowingly possess a machinegun, to wit: a tan Glock 19 bearing serial number CCFV686, with a machinegun conversion device installed which is a combination of parts designed and intended for use in converting a weapon into a machinegun, and is, therefore, a machinegun as defined in Title 26 U.S.C. Section 5845(b).

In violation of Title 18 United States Code, Sections 922(o)(1) and 924(a)(2).

**COUNT TWO**
**(Conspiracy to Possess With Intent to Distribute Controlled Substance)**

On or about August 4, 2026, in the Southern District of Texas and elsewhere within the jurisdiction of the Court,

**ANTONY MARTINEZ (1)**
**IRWIN GONZALES, JR. (2)**

defendants herein, did knowingly and intentionally combine, conspire, confederate and agree with

others, known and unknown to the Grand Jury, to possess with intent to distribute a controlled substance. This violation involved a quantity of less than 500 grams of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 846, 841(a)(1) and 841(b)(1)(C).

**COUNT THREE**
**(Possession With Intent to Distribute Controlled Substance)**

On or about August 4, 2026, in the Southern District of Texas and elsewhere within the jurisdiction of the Court,

**IRWIN GONZALES, JR. (2)**

defendant herein, did knowingly and intentionally possess with intent to distribute a controlled substance. This violation involved a quantity of less than 500 grams of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

**COUNT FOUR**
**(Conspiracy to Possess With Intent to Distribute Controlled Substance)**

On or about August 11, 2026, in the Southern District of Texas and elsewhere within the jurisdiction of the Court,

**ANTONY MARTINEZ (1)**
**KEVIN VILLALOBOS (3)**

defendants herein, did knowingly and intentionally combine, conspire, confederate and agree with others, known and unknown to the Grand Jury, to possess with intent to distribute a controlled substance. This violation involved a quantity of less than 500 grams of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 846, 841(a)(1) and 841(b)(1)(C).

**COUNT FIVE**
**(Possession With Intent to Distribute Controlled Substance)**

On or about August 11, 2026, in the Southern District of Texas and elsewhere within the jurisdiction of the Court,

**KEVIN VILLALOBOS (3)**

defendant herein, did knowingly and intentionally possess with intent to distribute a controlled substance. This violation involved a quantity of less than 500 grams of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

**COUNT SIX**
**(Possession or Transfer of a Machinegun)**

On or about August 21, 2026, in the Southern District of Texas and elsewhere within the jurisdiction of the Court,

**ANTONY MARTINEZ (1)**
**EDWIN BUSTAMANTE (4)**

defendants herein, aiding, abetting and assisting others known and unknown to the Grand Jury, did knowingly possess a machinegun, to wit: a gold machinegun conversion device, designed and intended for use in converting a weapon into a machinegun, and is, therefore, a machinegun as defined in Title 26 U.S.C. Section 5845(b).

In violation of Title 18 United States Code, Sections 922(o)(1), 924(a)(2), and 2(a).

**COUNT SEVEN**
**(Conspiracy to Possess With Intent to Distribute Controlled Substance)**

On or about August 28, 2026, in the Southern District of Texas and elsewhere within the jurisdiction of the Court,

**ANTONY MARTINEZ (1)**
**IRWIN GONZALES, JR. (2)**

**EDWIN BUSTAMANTE (4)**

defendants herein, did knowingly and intentionally combine, conspire, confederate and agree with others, known and unknown to the Grand Jury, to possess with intent to distribute a controlled substance. This violation involved a quantity of less than 500 grams of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 846, 841(a)(1) and 841(b)(1)(C).

**COUNT EIGHT**
**(Conspiracy to Possess With Intent to Distribute Controlled Substance)**

On or about August 28, 2026, in the Southern District of Texas and elsewhere within the jurisdiction of the Court,

**ANTONY MARTINEZ (1)**
**IRWIN GONZALES, JR. (2)**
**EDWIN BUSTAMANTE (4)**

defendants herein, did knowingly and intentionally combine, conspire, confederate and agree with others, known and unknown to the Grand Jury, to possess with intent to distribute a controlled substance. This violation involved a quantity of 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 846, 841(a)(1) and 841(b)(1)(B).

**COUNT NINE**
**(Conspiracy to Possess With Intent to Distribute Controlled Substance)**

On or about September 3, 2026, in the Southern District of Texas and elsewhere within the jurisdiction of the Court,

**ANTONY MARTINEZ (1)**
**EDWIN BUSTAMANTE (4)**

defendants herein, did knowingly and intentionally combine, conspire, confederate and agree with others, known and unknown to the Grand Jury, to possess with intent to distribute a controlled

substance. This violation involved a quantity of less than 500 grams of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 846, 841(a)(1) and 841(b)(1)(C).

**COUNT TEN**
**(Possession or Transfer of a Machinegun)**

On or about September 3, 2026, in the Southern District of Texas and elsewhere within the jurisdiction of the Court,

**ANTONY MARTINEZ (1)**
**EDWIN BUSTAMANTE (4)**

defendants herein, aiding, abetting and assisting others known and unknown to the Grand Jury, did knowingly possess a machinegun, to wit: three machinegun conversion devices, designed and intended for use in converting a weapon into a machinegun, and is, therefore, a machinegun as defined in Title 26 U.S.C. Section 5845(b).

In violation of Title 18 United States Code, Sections 922(o)(1), 924(a)(2), and 2(a).

**COUNT ELEVEN**
**(Conspiracy to Possess With Intent to Distribute Controlled Substance)**

On or about September 9, 2026, in the Southern District of Texas and elsewhere within the jurisdiction of the Court,

**ANTONY MARTINEZ (1)**
**EDWIN BUSTAMANTE (4)**

defendants herein, did knowingly and intentionally combine, conspire, confederate and agree with others, known and unknown to the Grand Jury, to possess with intent to distribute a controlled substance. This violation involved a quantity of 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 846, 841(a)(1) and 841(b)(1)(A).

**NOTICE OF CRIMINAL FORFEITURE**

1. The allegations contained in this indictment are re-alleged and incorporated by reference as if fully set forth in support of this forfeiture.

2. Upon conviction of Counts Two, Three, Four, Five, Seven, Eight, Nine, and Eleven in the Indictment, offenses in violation of Title 21, United States Code, Section 841, the following is subject to forfeiture:

   a. all property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such violation; and

   b. all property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such violation.

3. Upon conviction of Counts One, Six, and Ten in the Indictment, the Defendants shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), by Title 28, United States Code, Section 2461(c) and by Title 26, United States Code, Section 5872(a): any firearm or ammunition involved in or used in a knowing violation of the offense, or intended to be used in the offense, including any and all machineguns, to wit: a machinegun and/or a machinegun conversion device, which is a part designed and intended solely and exclusively, or combination of parts designed and intended, for use in converting

a weapon into a machinegun, and is, therefore, a machinegun as defined in Title 26, United States Code, Section 5845(b).

A TRUE BILL:

Original signature on file

FOREPERSON OF THE GRAND JURY

AARON F. REITZ
UNITED STATES ATTORNEY

Michael Day
MICHAEL DAY
ASSISTANT UNITED STATES ATTORNEY